## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: **Peter A. Tambasco,**
      **aka Peter Anthony Tambasco,**
      **aka Peter Tambasco**
           **&**
   **Linda R. Tambasco,**
      **aka Linda Rose Tambasco,**
      **aka Linda Tambasco**
                **Debtor(s)**

**BK NO. 17-02711 JJT**

**Chapter 7**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

Respectfully submitted,

**/s/James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3594