UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

PETER A. TAMBASCO  No. 5-17-02711 JJT
LINDA R. TAMBASCO  CHAPTER 7

ENTRY OF APPEARANCE FOR FORD MOTOR CREDIT COMPANY
AND REQUEST FOR NOTICES

TO THE CLERK:

Please enter our appearance for Ford Motor Credit Company, LLC and provide notices as required by Bankruptcy Rule 2002.

DATED: July 20, 2017

GERSHMAN LAW OFFICES, PC

By: /s/ Howard Gershman
Howard Gershman
610 York Road, Suite 200
Jenkintown, PA 19046
Tel: 215.886.1120
Fax: 215.886.1118

Copies served upon:

John J. Martin, Trustee
Law Offices of John J. Martin
1022 Court Street
Honesdale, PA 18431

Vincent Rubino, Esquire
Newman Williams Mishkin Corveleyn et al
712 Monroe Street
PO Box 511
Stroudsburg, PA 18360-0511

FMCC Reaff JJT